# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: leidolph | Date Created: 9/5/2014 |
| Case: 1−13−11995−CLB | Form ID: pdforder | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Wendy J. Christophersen | wchristophersen@7trustee.net |
| aty | John H. Ring, III | ringlawoffice@aol.com |
| aty | Wendy J. Christophersen | wendyjclaw@gmail.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | James F. Schmitt | 2174 Hemlock Road | Eden, NY 14057 |
| jdb | Marie K. Schmitt | 2174 Hemlock Road | Eden, NY 14057 |

TOTAL: 2